

# Fourth Court of Appeals

## San Antonio, Texas

September 6, 2019

No. 04-19-00126-CV

**J. A. G.,**
Appellant

v.

**A. G. E.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

    We grant appellant's motion for extension of time to file a brief and order the brief due September 13, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court